UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Apr 07, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
   George S. Clark, et al. v. BHP Cooper, Inc., et al.,     )
      N.D. California, C.A. No. 3:10-1058             )     MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Clark*) on April 6, 2010. The Panel has now been advised that *Clark* was remanded to the Superior Court for the County of San Francisco, State of California, by the Honorable Thelton E. Henderson in an order filed on March 30, 2010.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-333" filed on April 6, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel